*FILED*

SEP 1 2 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**CARSON BLOCK, an individual,**

**Plaintiff**

-vs-                                              Case No.   **1:22-cv-00869-LY**

**KEVIN R. BARNES, an individual,**

**Defendant**

### O R D E R

BE IT REMEMBERED on this the _16th_ day of _September_, 20_22_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____**Dilan A. Esper**_____ ("Applicant"), counsel for ___**Plaintiff, Carson Block**___ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _____**Plaintiff, Carson Block**_____ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _16th_ day of _September_ 20_22_.

_____
UNITED STATES DISTRICT JUDGE