UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

---

CARSON BLOCK, an individual,

        Plaintiff,

v.　　　　　　　　　　Case No. 1:22-cv-869

KEVIN BARNES, an individual,

        Defendants.

---

### DECLARATION OF ANTHONY JEW IN OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS

I, Anthony Jew, hereby declare:

1. I am of legal age and competent to testify as to the matters set forth herein. I am Muddy Waters Capital LLC's General Counsel and Chief Compliance Officer. I have personal knowledge of the matters contained in this declaration and if called upon as a witness, I would testify as set forth below.

2. I submit this declaration in opposition to Defendant Kevin Barnes' Motion to Dismiss, dated September 27, 2022. Dkt. 10.

3. On March 16, 2022, Kevin Barnes called the Muddy Waters business telephone number in Austin, Texas attempting to reach Carson Block. I answered the phone and offered to take a message. He stated that he had something "actionable" to discuss with Mr. Block and that he would be traveling to Texas the following week. He further stated that he wanted to sit down and meet with Mr. Block in Texas.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2022 in Bronxville, NY.

_____
ANTHONY JEW