IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CARSON BLOCK, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. 1:22-CV–869-LY |
| | § | |
| KEVIN R. BARNES, | § | |
| DEFENDANT. | § | |

**ORDER**

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss filed September 27, 2022 (Doc. #10) and Plaintiff Carson Block's Memorandum of Law in Opposition to Defendant's Motion to Dismiss filed October 11, 2022 (Doc. #13) are **REFERRED** to United States Magistrate Dustin Howell for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72, and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, as amended.

SIGNED this _12th_ day of October, 2022.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE