UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Carson Block, an individual,** | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | **CIVIL NO. 1:22-CV-00869-LY** |
| **Kevin R. Barnes, an individual,** | | |
| Defendant. | | |

## ORDER GRANTING
## DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S STATUS REPORT

On this day the Court considered Defendant Kevin R. Barnes's Motion to Strike Plaintiff's Status Report.

The Court finds that the Motion should be GRANTED.

It is therefore ORDERED that Plaintiff's Status Report (Dkt. 17) is stricken.

SIGNED this _____ day of _____, 2022

By: _____
Magistrate Judge Dustin M. Howell